# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 22-00097JVS | Date | May 18, 2022 |
|---|---|---|---|
| Title | In re Arturo Gonzalez | | |

| Present: The Honorable | JAMES V. SELNA,   U.S. DISTRICT JUDGE | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s)to show cause in writing no later than **June 3, 2022** why this action should not be dismissed for lack of prosecution.

On May 5, 2022, the Bankruptcy Court filed an Appeal Deficiency Notice. Counsel are advised that the Court will consider the filing of the following documents in Bankruptcy Court, with a status report to the District Court, an appropriate response to this Order to Show Cause, on or before the above date indicated above, to avoid dismissal:

X     **Transcripts**
X     **Certificate of Readiness from the Bankruptcy Court**

If this case has been settled and/or dismissed in the Bankruptcy Court counsel /parties must file a **separate** dismissal in the District Court.  If the above documents have been filed in the Bankruptcy Court, counsel shall file a declaration with this Court so stating and counsel shall inquire with the Bankruptcy Court when the Certificate of Readiness will issue.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |